Peter BEASLEY, Plaintiff–Appellant

v.

John R. KRAFCISIN; John Bransfield; Ana–Maria Downs; Hanover Insurance Company, Defendants–Appellees.

No. 14–11050
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 7, 2015.

Peter Beasley, Richardson, TX, pro se.

John R. Krafcisin, Cicero, IL, pro se.

John Bransfield, Chicago, IL, pro se.

Robert Wayne Gordon, Amie Pina Fordan, Touchstone, Bernays, Johnston, Beall,

Smith & Stollenwerck, L.L.P., Dallas, TX, for Defendants–Appellees.

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.